IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID ERIKE MACLLOYD, | ) |
| Petitioner, | ) Civil Action No. 21-1326 |
| v. | ) Magistrate Judge Maureen P. Kelly |
| BRADLEY TRATE *(WARDEN)*, | ) Re: ECF No. 1 |
| Respondent. | ) |

**ORDER**

AND NOW, this 10th day of January, 2025, for the reasons stated in the Memorandum Opinion contemporaneously filed herewith, IT IS HERBEY ORDERED, ADJUDGED, and DECREED that Petitioner's "§ 2241 Habeas Corpus Petition Form," ECF No. 1 is DENIED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if Petitioner wishes to appeal from this Order he must file a notice of appeal within 30 days, as provided in Rule 3 of the Federal Rules of Appellate Procedure, with the Clerk of Court, United States District Court, 700 Grant Street, Room 3110, Pittsburgh, PA 15219.

BY THE COURT,

/s/ Maureen P. Kelly
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc:  DAVID ERIKE MACLLOYD
20156-039
HAZELTON
FCI HAZELTON
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5000
BRUCETON MILLS, WV 26525

All counsel of record (*via* CM/ECF)